No. 00–415. UNITED STATES *v.* SWISHER INTERNATIONAL, INC. C. A. Fed. Cir. Certiorari denied.

No. 00–480. AGRIBANK, FCB *v.* RAMSDEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–493. AUSTIN, NICHOLS & CO., INC., ET AL. *v.* GEORGIA ET AL. Sup. Ct. Ga. Certiorari denied.

No. 00–496. MESA AIRLINES, INC., ET AL. *v.* UNITED AIRLINES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–505. SRIVASTAVA *v.* TRUSTEES OF INDIANA UNIVERSITY. C. A. 7th Cir. Certiorari denied.

No. 00–506. KLIEBERT *v.* GENERAL ELECTRIC CO., INC., ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 00–512. LARSEN ET AL. *v.* MAYO FOUNDATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–513. LEVI STRAUSS & CO. *v.* TREVINO ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–515. SHANSAB *v.* TOYOTA MOTOR SALES, U. S. A., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–520. DUNLAP *v.* MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–535. GEDDIE *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–539. ALEXANDRU *v.* NORTHEAST UTILITIES SERVICE CO. C. A. 2d Cir. Certiorari denied.

No. 00–540. NEW YORK UNIVERSITY *v.* ROGERS. C. A. 2d Cir. Certiorari denied.

No. 00–545. MAIDEN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MAIDEN, DECEASED *v.* ROZWOOD ET AL. C. A. 6th Cir. Certiorari denied.